## IN RE WILL OF SECHREST

No. 560P00

Case below: 140 N.C. App. 464

Petition by caveators (Thomas D. Wilson, Kristen Wilson Jones, Heather Wilson, Ashely Wilson and Kevin A. Sechrest) for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

## INTERIOR DISTRIBS., INC. v. AUTRY

No. 559P00

Case below: 140 N.C. App. 541

Petition by defendants (Sigma Construction Company, Inc., David A. Martin and The American Insurance Company) for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.

## ISASI v. F.D.Y., INC.

No. 55P01

Case below: 141 N.C. App. 149

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 2001. Justice Edmunds recused.

## JACKSON v. MARSHALL

No. 553P00

Case below: 140 N.C. App. 504

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 1 February 2001.

## JAMES v. COMMUNICATION SERVS., INC.

No. 70P01

Case below: 141 N.C. App. 349

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 1 March 2001.